# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: March 12, 2025

```
* * * * * * * * * * * * * * * * * * * * * * *
LARRY J. PARKER,                    *        PUBLISHED
                                    *
            Petitioner,             *        No. 20-411V
                                    *
v.                                  *        Special Master Nora Beth Dorsey
                                    *
SECRETARY OF HEALTH                 *        Damages Award; Pneumococcal Conjugate
AND HUMAN SERVICES,                 *        ("Prevnar 13") Vaccine; Guillain-Barré
                                    *        Syndrome ("GBS").
            Respondent.             *
                                    *
* * * * * * * * * * * * * * * * * * * * * * *
```

Brett Slavicek, Brett L. Slavicek PC, Phoenix, AZ, for Petitioner.
Lynn Christina Schlie, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES BASED ON PROFFER[1]

On April 9, 2020, Larry J. Parker ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act" or "the Program"), 42 U.S.C. § 300aa-10 et seq. (2018).[2] Petitioner alleged that he suffered Guillain-Barré Syndrome ("GBS") as the result of a pneumococcal conjugate ("Prevnar 13") vaccination he received on April 4, 2017. Petition at Preamble, ¶ 24 (ECF No. 1); Amended ("Am.") Petition at Preamble, ¶ 24 (ECF No. 12). On December 20, 2023, the undersigned issued a ruling finding Petitioner entitled to compensation. Ruling on Entitlement dated Dec. 20, 2023 (ECF No. 86).

---

[1] Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018). All citations in this Decision to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

On March 11, 2025, Respondent filed a Proffer on Award of Compensation ("Proffer"), attached hereto as Appendix A. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. Proffer at 1-2. Based on the record as a whole, the undersigned finds that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, the undersigned awards Petitioner:

**(1) A lump sum payment of $149,088.72, representing $123,214.00 in pain and suffering, $7,921.89 in unreimbursable expenses, and $17,952.83 in lost wages, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.**

Proffer at 1. This amount represents all elements of compensation to which Petitioner is entitled under § 15(a). Id.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** herewith.[3]

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

LARRY J. PARKER,

           Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

           Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

No. 20-411V
Special Master Dorsey
ECF

## PROFFER ON AWARD OF COMPENSATION

On April 9, 2020, Larry J. Parker ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-10 et seq., alleging that a pneumococcal conjugate vaccination (PCV-13) administered to him on April 4, 2017, caused him to develop Guillain-Barré Syndrome ("GBS"). Petition at 1. On December 20, 2023, Special Master Dorsey issued a Ruling on Entitlement finding that petitioner is entitled to compensation. ECF No. 87. Respondent now proffers the following regarding the amount of compensation to be awarded.[1]

## I.     Items of Compensation

### A.     Pain and Suffering

Respondent proffers that petitioner should be awarded $123,214.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

---

[1] Respondent has no objection to the amount of the proffered award of damages set forth herein. Assuming the Special Master issues a damages decision in conformity with this proffer, respondent waives his right to seek review of such damages decision. However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(e), to seek review of the Special Master's December 20, 2023, entitlement decision.

B.     Past Unreimbursable Expenses

Evidence supplied by petitioner documents that he incurred past unreimbursable expenses related to his vaccine-related injury.  Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $7,921.89.  *See* 42 U.S.C. § 300aa-15(a)(1)(B).  Petitioner agrees.

C.     Lost Wages

Evidence supplied by petitioner documents that he incurred lost wages related to his vaccine-related injury.  Respondent proffers that petitioner should be awarded lost wages in the amount of $17,952.83.  *See* 42 U.S.C. § 300aa-15(a)(3)(A).  Petitioner agrees.

## II.     Form of the Award

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.  Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of $149,088.72, to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.  Petitioner agrees.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

VORIS R. JOHNSON
Assistant Director
Torts Branch, Civil Division

2

/s/ Lynn C. Schlie
LYNN C. SCHLIE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 616-3667
Email: lynn.schlie@usdoj.gov

DATED: March 11, 2025